IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ANDREW KISTER, #264274, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:20-cv-414-ECM |
| | ) (WO) |
| JEFFERSON S. DUNN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On August 2, 2023, the Magistrate Judge entered a Recommendation (doc. 79) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Defendants' Special Reports (docs. 17 and 65) are construed as motions for summary judgment, and the motions for summary judgment (docs. 17 and 65) are GRANTED in favor of the Defendants.

3. Judgment is ENTERED in favor of the Defendants.

4. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 23rd day of August, 2023.

                                                /s/ Emily C. Marks  
                                                EMILY C. MARKS  
                                                CHIEF UNITED STATES DISTRICT JUDGE